1 CENTER FOR DISABILITY ACCESS, LLP
   M. ERIC PARKAN, ESQ., SBN 35687
2 MARK D. POTTER, ESQ., SBN 166317
   RUSSELL C. HANDY, ESQ., SBN 195058
3 CHRISTIANA POYNTER, ESQ., SBN 234409
   100 East San Marcos Blvd., Suite 400
4 San Marcos, CA 92069-2988
   (760) 480-4162
5 Fax (760) 480-4170

6

7 Attorney for Plaintiff, KAREN BAYLESS

8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11

12 KAREN BAYLESS,                          ) Case No.: 06-CV6537 (AHM)
                                           )
13                    Plaintiff,           ) **STIPULATION    FOR    DISMISSAL**
                                           ) **PURSUANT TO F.R.CIV.P. 41 (a) (1)**
14 v.                                      )
                                           )
15 NORDSTROM, INC., A Washington           )
   Corporation; MACERICH WESTSIDE         )
16 LIMITED PARTNERSHIP, and DOES 1        )
   through 100, inclusive                  )
17                                         )
              Defendants.                  )
18                                         )
                                           )
19

20

21                          <u>STIPULATION</u>

22        IT IS STIPULATED by and between the parties hereto that this action be

23 dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys'

24 fees and costs.  This stipulation is made as a result of the settlement of the action.

25 ///

26 ///

27 ///

28

-1-

Stipulation for Dismissal

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 0 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM

DEC 2 1 2006

BY _____ 010

ORIGINAL

LODGED

1    IT IS SO STIPULATED.

2                              CENTER FOR DISABILITY ACCESS, LLP

3

4

5    Dated: _12-17-06_

6                              _____
                              Mark D. Potter
7                              Attorney for Plaintiff

8

9

10                             SHEPPARD, MULLIN, RICHTER & HAMPTON

11

12

13   Dated: _12/14/06_         _____
                              Jennifer B. Zargarof
14                             Attorney for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

# **PROOF OF SERVICE**

BAYLESS V. NORDSTROM, ET AL.        Case # 06CV6537AHM

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 100 East San Marcos Blvd., Suite 400, San Marcos, California, 92069.

On December 19, 2006 I served the following document(s):

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P.41(a)(1)**

Addressed to:
Lisa Ann Hill, Esquire
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 W. Broadway, 19th Floor
San Diego, CA 92101-3536

Jennifer B. Zargarof, Esquire
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

✓    <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Marcos, California.

☐    <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐    <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Marcos, California.

Executed on December 19, 2006 from San Marcos, California.

I declare under penalty of purjury under the laws of the State of California that the above is true and correct.



Jessica H. Stepp

PROOF OF SERVICE